UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| SONNY BORJA,<br><br>                Plaintiff,<br>    v.<br><br>WESTERN STATE HOSPITAL,<br><br>                Defendants. | Case No. C20-5194 RJB-TLF<br><br>REPORT AND RECOMMENDATION TO GRANT VOLUNTARY DISMISSAL WITHOUT PREJUDICE |

Plaintiff Sonny Borja, proceeding *pro se,* filed a 42 U.S.C. § 1983 complaint on March 2, 2020. Dkt. 1. Plaintiff's application for leave to proceed *in forma pauperis* is pending and the complaint has not been served. Plaintiff has filed a "motion to strike and cancel case." Dkt. 4.

Plaintiff indicates that the claims in his proposed complaint have been raised in another pending action. Dkt. 4. Plaintiff informs the Court that he has more clearly articulated his claims in the other pending action. *Id.* Accordingly, plaintiff requests that the Court "strike and cancel" the current action. *Id.*

Because no defendant has been served in this action and the defendants have not filed an answer or motion for summary judgment, pursuant to Federal Rule of Civil Procedure 41(a)(1), the Court construes this document as a notice of dismissal. Under Federal Rule of Civil Procedure 41(a)(1)(A) a plaintiff may dismiss an action without a court order by filing a notice of dismissal before the opposing party files an answer or

REPORT AND RECOMMENDATION TO GRANT
VOLUNTARY DISMISSAL WITHOUT PREJUDICE - 1

motion for summary judgment. In accordance with plaintiff's notice of dismissal and Rule 41(a), this matter should be dismissed and closed. Based on the foregoing, the Court should order the Clerk to:

    (1) Terminate this matter with a disposition notation of voluntary dismissal without prejudice; and

    (2) Provide a copy of this order to plaintiff.

Plaintiff has fourteen (14) days from service of this Report and Recommendation to file written objections thereto. 28 U.S.C. § 636(b)(1); FRCP 6; FRCP 72(b)(2). Failure to file objections will result in a waiver of those objections for purposes of appeal. *Thomas v. Arn*, 474 U.S. 140 (1985). Accommodating this time limitation, this matter shall be set for consideration on May 22, 2020.

Dated this 7th day of May, 2020.

*Theresa L. Fricke*
Theresa L. Fricke
United States Magistrate Judge