UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

SONNY BORJA,

            Plaintiff,

v.

WESTERN STATE HOSPITAL,

           Defendants.

Case No. C20-5194 RJB-TLF

ORDER ADOPTING REORT AND RECOMMENDATION AND DISMISSING PLAINTIFF'S COMPLAINT

The Court, having reviewed the Report and Recommendation of Judge Theresa L. Fricke, United States Magistrate Judge and the remaining record, does hereby find and ORDER:

(1)    the Court adopts the Report and Recommendation (Dkt. 5);

(2)    the Clerk is directed to terminate this matter with a disposition notation of voluntary dismissal without prejudice; and

(3)    the Clerk is directed to provide a copy of this order to plaintiff.

Dated this 27th day of May, 2020.

_____
ROBERT J. BRYAN
United States District Judge

ORDER ADOPTING REORT AND
RECOMMENDATION AND DISMISSING PLAINTIFF'S
COMPLAINT - 1